1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | ELLEN M. FITZGERALD (NY 240885)
Assistant United States Attorney
4 | 450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
5 | Telephone: (415) 436-7314
Facsimile: (415) 436-6748
6 | Email: ellen.fitzgerald@usdoj.gov

7 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ADRIAN MALDONADO, | ) | No. C 08-4761 MEJ |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PETITION** |
| v. | ) | |
| ELAINE CHAO, SECRETARY, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Defendant. | ) | |

Subject to this Court's approval, plaintiff, Adrian Maldonado, and defendant, Elaine Chao, Secretary of the United States Department of Labor, by and through their undersigned counsel, hereby stipulate and agree to continue the deadline by which defendant will respond to plaintiff's petition from December 20, 2008, until January 13, 2009.

**IT IS SO STIPULATED.**

//

//

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND
TO PETITION
No. C 08-4761 MEJ

Dated: December 8, 2008

                      Respectfully submitted,

                      JOSEPH P. RUSSONIELLO
                      United States Attorney

By:        /s/
           ELLEN M. FITZGERALD
           Assistant United States Attorney
           Attorney for Defendant


           THERESA A. GIBBONS, ESQ.


By:        /s/
           THERESA A. GIBBONS
           Attorney for Plaintiff


**APPROVED AND SO ORDERED.**

    The Court hereby extends the deadline by which defendant will respond to plaintiff's petition until on or before January 13, 2009.

DATED: December 9, 2008

                      HON. MARIA-ELENA JAMES
                      United States Magistrate Judge