| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | ELLEN M. FITZGERALD (NY 240885)<br>Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102-3495 |
| 5 | Telephone:    (415) 436-7314<br>Facsimile:     (415) 436-6748 |
| 6 | Email: ellen.fitzgerald@usdoj.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ADRIAN MALDONADO, | ) | No. C 08-4761 MEJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **JOINT MOTION TO EXTEND** |
| | ) | **DEADLINE FOR DEFENDANT** |
| v. | ) | **TO RESPOND TO PETITION** |
| | ) | |
| ELAINE CHAO, SECRETARY,<br>UNITED STATES DEPARTMENT<br>OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

Subject to this Court's approval, plaintiff, Adrian Maldonado, and defendant, Elaine Chao, Secretary of the United States Department of Labor, by and through their undersigned counsel, hereby stipulate and agree to continue the deadline by which defendant will respond to plaintiff's petition for an additional three weeks, from January 13, 2009 to February 3, 2009.

The parties have been communicating with respect to plaintiff's petition, and defendant has requested that plaintiff provide additional information. The brief extension is necessary to allow defendant time to obtain the information from plaintiff and complete its investigation before finalizing its response to the petition.

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND
TO PETITION
No. C 08-4761 MEJ

**IT IS SO STIPULATED.**

Dated: January 12, 2009

                                      Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

By:          /s/
       ELLEN M. FITZGERALD
       Assistant United States Attorney
       Attorney for Defendant


                                      THERESA A. GIBBONS, ESQ.


By:          /s/
       THERESA A. GIBBONS
       Attorney for Plaintiff


**APPROVED AND SO ORDERED.**

    The Court hereby extends the deadline by which defendant will respond to plaintiff's petition until on or before February 3, 2009.

DATED: January 13, 2009

                                      HON. MARIA-ELENA JAMES
                                      United States Magistrate Judge