IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MALDONADO, | No. C 08-4761 MEJ |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | **CASE MANAGEMENT ORDER** |
| ELAINE CHAO, et al. | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Case Management Conference Statement, filed January 15, 2009. Upon review of the statement, the Court finds a conference unnecessary at this time, and hereby VACATES the January 22, 2009 Case Management Conference. The Court also finds that an ADR referral is unnecessary at this time.

Defendants will serve their response to Plaintiff's petition by February 3, 2009. If Defendants do not oppose the petition, the parties shall then file a joint stipulation for the Court to grant Plaintiff's petition. If Defendants object to the petition, Plaintiff shall then file a motion pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: January 16, 2009

MARIA-ELENA JAMES
United States Magistrate Judge