```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ELLEN M. FITZGERALD (NY 240885)
    Assistant United States Attorney
4   450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
5   Telephone:    (415) 436-7314
    Facsimile:    (415) 436-6748
6   Email: ellen.fitzgerald@usdoj.gov

7   Attorneys for Respondent
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ADRIAN MALDONADO, | ) | No. C 08-4761 MEJ |
|---|---|---|
| Petitioner, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER GRANTING PETITION FOR CERTIFICATE OF EXEMPTION PURSUANT TO 29 U.S.C. § 504(a)(5)** |
| v. | ) ) ) | |
| ELAINE CHAO, SECRETARY, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | ORDER DISMISSING CASE, CLOSING FILE |
| Respondent. | ) ) | |

Subject to this Court's approval, petitioner, Adrian Maldonado, and respondent, Elaine Chao, Secretary of the United States Department of Labor, by and through their undersigned counsel, hereby stipulate and agree that Mr. Maldonado's petition pursuant to the Labor-Management Reporting and Disclosure Act ("LMRDA"), 29 U.S.C. § 504(a)(5), for an order of exemption from the statutory provision prohibiting him from working in a labor organization should be granted. Respondent does not oppose Mr. Maldonado's petition. The parties further stipulate and agree that this Court should enter an order, pursuant to 29 U.S.C. § 504(a)(5), by which Mr. Maldonado will be exempt from the LMRDA prohibition against employment in a

STIPULATION AND [PROPOSED] ORDER GRANTING PETITION FOR CERTIFICATE OF EXEMPTION
PURSUANT TO 29 U.S.C. § 504(a)(5)
No. C 08-4761 MEJ

1 | labor organization provided that he serve in the capacity of a labor organizer, a position that does
2 | not involve access to union monies or carry any financial responsibilities.
3 | **IT IS SO STIPULATED.**
4 | Dated: February 3, 2009

5
6 |                               Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

By:     /s/
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorney for Respondent


THERESA A. GIBBONS, ESQ.


By:     /s/
THERESA A. GIBBONS
Attorney for Petitioner



**APPROVED AND SO ORDERED.**

    The Court hereby grants the petition, pursuant to 29 U.S.C. § 504(a)(5), of petitioner, Adrian A. Maldonado, and certifies that he is exempt from the statutory prohibition on service in labor unions and may be employed by a labor union or organization in the capacity of an organizer. As no claims remain pending, this matter is hereby DISMISSED. The Clerk of Court shall close the file.

DATED: February 4, 2009

                                                      HON. MARIA-ELENA JAMES
                                                      United States Magistrate Judge